UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIAN THOMAS CRUZ,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN GENA JONES,<br><br>　　　　　Respondent. | Case No. 2:24-cv-00410-FMO-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the operative First Amended Petition (Dkt. 16, "FAP"), Respondent's Motion to Dismiss Ground Six of the FAP (Dkt. 17, "Motion"), Petitioner's Opposition to the Motion (Dkt. 20), Respondent's Reply (Dkt. 21), and the Report and Recommendation of the magistrate judge (Dkt. 23, "Report"). No party filed timely objections to the Report. The Court accordingly accepts the Report's findings and recommendation.

　　　IT IS THEREFORE ORDERED that:

　　　(1)　Respondent's Motion to Dismiss Ground Six (Dkt. 17) is GRANTED;

　　　(2)　Ground Six of the operative FAP is dismissed with prejudice and the dismissal shall be reflected in the final judgment; and

(3) Respondent is ORDERED to file an Answer addressing the remaining claims in the FAP within thirty-five (35) days of the date of this Order, lodging with the Court all records bearing on the merits of Petitioner's remaining claims to the extent such records have not already been lodged.

Dated: July 2, 2024

                                                /s/
FERNANDO M. OLGUIN
United States District Judge