JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN THOMAS CRUZ, | Case No. 2:24-cv-00410-FMO-JDE |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN GENA JONES, | |
| Respondent. | |

Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 3, 2024       _____/s/_____
                              FERNANDO M. OLGUIN
                              United States District Judge